UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAVETA JORDAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00865-AGF |
| | ) | |
| BAYER CORPORATION, et al., | ) | |
| | ) | |
| Defendants, | ) | |

**MEMORANDUM & ORDER**

This matter is before the Court on review of its own file. On January 8, 2018, the Court granted Plaintiffs leave to file an amended complaint, but noted that key depositions would soon commence in related litigation pending before other state and federal courts. As a result, it scheduled a Rule 16 Conference on February 12, 2018, to allow the parties to coordinate their discovery efforts with the related cases to avoid duplicitous and inefficient discovery. ECF Nos. 95 and 96.

On January 9, 2018, Plaintiffs filed a motion to remand. ECF No. 98. In light of that motion, the Court will vacate the Rule 16 Conference, to be re-set upon a ruling by the Court on the motion to remand. The Court again notes that the parties should continue to coordinate their participation in discovery taking place in those other cases.

Accordingly,

**IT IS FURTHER ORDERED** that the Rule 16 Conference scheduled on February 12, 2018, is **VACATED**, to be re-set as appropriate after a ruling on the motion to remand.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2018.